1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:08-CR-311-RLH (GWF)
)
IYAD NAZZAL, )
)
Defendant. )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 2, 2011, defendant IYAD NAZZAL pled guilty to Count Ten of a Ten-Count Second Superseding Criminal Indictment charging him in Count Ten with Conspiracy to Commit Money Laundering in violation of Title 18, United States Code, Section 1956(h).

This Court finds defendant IYAD NAZZAL agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the offense to which defendant IYAD NAZZAL pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and Title 18, United States Code Sections 1956(c)(7)(A) and 1961(1)(B):

a. Sony Brown 42" Lcd Tv, S/N 1050106;

b. Sony Brown 42" Lcd Tv, S/N 1002050;

c. Dell Model 1320 Laser Printer, S/N 35rphf1;

d. Dell Model 1850 Laser Printer, S/N H1c34091;

e. Acer Laptop, S/N Lxal70x043820001ef2513;

f. Dell Xps Laptop, S/N 5vg3kd1;

g. Apple Mac Laptop, S/N W8807f5dop1;

h. Hp Laptop, S/N 2ce7222m6q;

i. Mac Book Air, S/N W8813ppuy51;

j. Miscellaneous Cards, Cables, Remotes, Controllers, Stands;

k. 3.5 X Drive, Extend Harddrive, S/N 020851;

l. Apple Tv, S/N 6f8182w04cp;

m. Wd External Hard Drive, S/N Wxh207674808;

n. Msr 206 Encoder, S/N A015401;

o. Psp Portable, S/N Pp865026504-Psp1001;

p. Psp Portable, S/N At045924040-Psp2001;

q. Ipod Touch 16 Bg, S/N 1c80167a/4p;

r. Iphone, S/N 5k81880jwh8;

s. Iphone, S/N Bcga1241;

t. Iphone, S/N 5k80247kwh8;

u. Iphone, S/N 579ca1241;

v. Sandisk 2 Gb Flashdrive, S/N 2048rb;

w. Sandisk 4 Gb Flashdrive, S/N 4096rb;

x. Sandisk 1 Gb Flashdrive, S/N 1024rb;

y. Pny Attache 1 Gb Flashdrive, No S/N;

z. Logitech Mx Revolution Thumbdrive, S/N 810-000412;

| | | |
|---|---|---|
| aa. | Iron Key Thumbdrive, S/N 0140485; | |
| ab. | Iron Key Thumbdrive, S/N 0140551; | |
| ac. | Dell Xps Tower, S/N 30gzcg1; | |
| ad. | Playstation 3, S/N Ce124062502-Cecha01; | |
| ae. | Playstation 3, S/N Ce514635354-Cechg01; | |
| af. | Xbox 360, S/N 311730682105; | |
| ag. | Xbox 360, No S/N; | |
| ah. | 1 - Xbox 360 Video Game; | |
| ai. | 11 - Playstation 3 Video Games; | |
| aj. | 6 - Psp Games In Case; | |
| ak. | 35 - Blue Ray Movies; | |
| al. | Wtj-90a Tipper; | |
| am. | $3,000 Cash (From Gary Ambartsumyan's room); | |
| an. | $4,900 Cash (From Artur Ambartsumyan's room); | |
| ao. | $14,802.63 in Money Gram Money Orders; | |
| ap. | Mens' Breitling Bentley Watch, S/N A25362; and | |
| aq. | Mens' Breitling Bentley Watch; and | |
| ar. | an *in personam* criminal forfeiture money judgment of $663,089.35 in United States Currency | |

("the property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of IYAD NAZZAL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

4  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 3rd day of March, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE